UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

U. S. A. vs. Julius Muhammad                           Docket Number: 1:04-mj-01249

**Petition on Probation**

    COMES NOW, Thomas Meyer, probation officer of the court, presenting an official report upon the conduct and attitude of Julius Muhammad who was placed on supervision by the Honorable Boyd N. Boland sitting in the court at Denver, Colorado, on the 9th day of June, 2005, who fixed the period of supervision at five (5) years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless he is in compliance with the periodic payment obligations imposed pursuant to the court's judgment and sentence.

2. The defendant shall work with the probation officer in development of a monthly budget that shall be reviewed with the probation officer quarterly.

**On December 2, 2005, the Court added the following special condition:**

3. The defendant shall be placed on home detention for a period of 30 days, to commence as directed by the probation officer. During this time, the defendant shall remain at his place of residence except for employment and other activities approved in advance by the probation officer. The defendant shall maintain a telephone at his place of residence without any special services, modems, answering machines, cordless telephones for the above period. The defendant shall wear an electronic device and shall observe the rules specified by the Probation Department. The defendant will be required to pay the cost of electronic monitoring as directed by the probation officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here: if lengthy write on separate sheet and attach)

See attachment hereto and herein incorporated by reference.

PRAYING THAT THE COURT WILL ORDER the issuance of a warrant for alleged violations of probation and that the petition and warrant be sealed until the arrest of the defendant.

        ORDER OF THE COURT

| | |
|---|---|
| Considered and ordered this 9th day of January, 2006, and ordered filed under seal and made a part of the record in the above case. | I declare under penalty of perjury that the foregoing is true and correct. |
| | s/Thomas Meyer |
| | Thomas Meyer |
| | Probation Officer |
| s/Boyd N. Boland | |
| Boyd N. Boland | Place: Denver, Colorado |
| United States Magistrate Judge | |
| | Date: January 6, 2006 |

**ATTACHMENT**

Attached hereto as <u>Exhibit A</u> and incorporated by reference is a true copy of the conditions of probation, which were read and provided to the defendant on June 13, 2005, acknowledging that the conditions had been read and explained to him and that he had been given a copy of them. The term of probation commenced on June 9, 2005.

1.   **VIOLATION OF THE LAW:**

On or about January 1, 2006, the defendant committed child abuse, in violation of Colorado Revised Statute 18-6-401. This is a misdemeanor offense, which constitutes a Grade C violation of probation.

This charge is based on the following facts:

On January 2, 2006, the defendant was arrested by the Aurora, Colorado Police Department and charged with one count of Child Abuse, a class one misdemeanor offense. According to the offense report, on January 2, 2006, Aurora police officers responded to a report of a fight at the defendant's residence. Upon arrival, the officer contacted the defendant and his 13 year-old daughter, Khaleefa, the alleged victim. The victim stated that the injuries observed by the officer, namely an injured left hand, a cut and bruised lip and forehead, were inflicted on her by the defendant the previous day, January 1, 2006. She stated that she and her sister had gotten into an argument which she said "enraged" the defendant. The alleged victim said that she was slapped in the face by the defendant approximately five to ten times. She stated that he also used a leather belt with a metal pierce on it to strike her on her face, head, and hand. The officer also interviewed the alleged victim's brother and sister, both of whom reported having witnessed the defendant strike Khaleefa with a belt in the head, face and hand.

When the defendant was questioned about the alleged incident he stated that he "whooped" the alleged victim on January 1, 2006, in his residence. When asked to elaborate as to what he meant by "whooped", he responded by stating that he spanked her with a belt. The defendant did not provide any further information.

The defendant was then taken into custody and remains in the Arapahoe County Jail regarding this offense (Arapahoe County Court Case Number 06M200018).

In addition to this pending case, the defendant was arrested by the Denver, Colorado Police Department on December 14, 2005. On December 12, 2005, I received notice that a warrant had been issued for the defendant's arrest by the Denver County Court on December 4, 2005, for Violation of a Court Order, a misdemeanor offense (Case Number 05GS176124). On December 14, 2005, I instructed the defendant to immediately resolve the warrant and he subsequently reported to the Denver Police Department on that same date where he was taken into custody. He pleaded not guilty in this case on December 15, 2005, and was released from custody on December 17, 2005, after posting $1,000 bond. That case remains pending with a jury trial set for January 25, 2006.

The defendant is currently on probation with the Denver County Court regarding Case Number 04GS147859 following his being found guilty of 1) Threats to Person/Property and 2) Violation of Court Orders. He was sentenced on December 15, 2004, to 121 days jail with all but 1 day suspended, and one year of probation which was to terminate December 15, 2005. However, based on the alleged new law violation in Denver County Court Case Number 05GS176124, his Denver probation officer has requested that his probation be revoked in that case.

2.   **FAILURE TO FOLLOW INSTRUCTIONS OF THE PROBATION OFFICER:**

On or about September 14, 2005, September 20, 2005, October 28, 2005, and December 14, 2005, the defendant was instructed by the probation officer not to drive a motor vehicle without a valid driver's license, and he failed to follow these instructions, which constitutes a Grade C violation of probation.

This charge is based on the following facts:

On September 14, 2005, the defendant informed me that he had been issued a traffic summons by the Aurora, Colorado Police Department on September 12, 2005, for Driving a Motor Vehicle Under Suspension. According to summons number 506927, the defendant was cited on September 12, 2005, for 1) No Registration, 2) Drove Vehicle while Under Suspension, and 3) Operated an Uninsured Motor Vehicle on a Public Roadway. He pleaded not guilty to all three charges on October 27, 2005, in Arapahoe County Court and his next court date is scheduled for March 10, 2006. I instructed the defendant to cease the driving of motor vehicles until he obtains a valid drivers license.

On September 20, 2005, I met with the defendant at the Probation Office. He stated that he had been stopped by Aurora, Police Department officers on September 12, 2005, because he was told that both he and his vehicle matched the description of a suspect and vehicle involved in a robbery. However, the defendant was not taken into custody nor charged with such an offense although he was issued a traffic summons for the above violations. I again instructed the defendant to cease driving motor vehicles until he obtains a valid drivers license.

On October 14, 2005, I spoke with the defendant's Arapahoe County probation officer, Patrick Bahne, who is supervising the defendant regarding Case Number 04M200648. In that case, the defendant had pleaded guilty to one count of Child Abuse, a misdemeanor offense, on July 26, 2005, and was sentenced that same date to 12 months probation. The offense date was March 17, 2004.

Officer Bahne advised me that subsequent to his meeting with the defendant at Bahne's office on October 14, 2005, the defendant was observed by David Walbridge, a lead case manager with Community Alternatives probation office, having entered a motor vehicle in front of the probation office and driving away. Walbridge subsequently learned that the defendant's drivers license is currently under suspension.

On October 28, 2005, I contacted the defendant via telephone and advised him that he had been observed having driven away from the Community Alternatives probation office on October 14, 2005, by an officer employed with that agency. I again instructed him to cease driving a motor vehicle until he gets a valid license.

On November 16, 2005, the defendant was witnessed driving a motor vehicle away from the office of the Arapahoe County probation officer, Patrick Bahne, while his license was suspended.

On December 14, 2005, I again reminded the defendant he cannot drive a motor vehicle until he obtains a valid drivers license which remained suspended.

On December 28, 2005, Arapahoe County probation officers Bahne and Walbridge again witnessed the defendant driving a motor vehicle away from their offices while his license was suspended.

**3.       FAILURE TO NOTIFY PROBATION OFFICER OF CHANGE IN EMPLOYMENT:**

On or about December 8, 2005, the defendant terminated employment at Motel 6, 9201 East Arapahoe Road, Greenwood Village, Colorado, and failed to notify the probation officer of the change within 72 hours, which constitutes a Grade C violation of probation.

This charge is based on the following facts:

The defendant had been employed by Motel 6 in Greenwood Village, Colorado as a Guest Services Representative commencing March 30, 2005.

On December 14, 2005, the defendant informed me that he had been involuntarily terminated from his employment at Motel 6 the preceding Thursday (December 8, 2005). He reported to me that a customer alleged the defendant to have threatened the customer. This was said to have occurred after the customer accused the defendant of failing to return to the customer all the money the customer believed was owed him.

**4.        FAILURE TO PAY RESTITUTION AS DIRECTED:**

The defendant has failed to make the payments toward his restitution during the months of June, October, November and December 2005, as directed by the probation officer, which constitutes a Grade C violation of probation.

This charge is based on the following facts:

On June 13, 2005, the defendant was instructed to begin making restitution payments of at least $100 per month due by the last day of each month, commencing June 2005.  Since then, he has made restitution payments on August 3, 2005 ($100), August 9, 2005 ($50), September 15, 2005 ($50), and September 16, 2005 ($100).

The defendant failed to make restitution payments for the months of June, October, November, and December, 2005 (on July 27, 2005, I gave him permission to make his July 2005 payment on August 1, 2005).  Between the months of June 2005, and December 2005, the defendant should have made a total of $700 in restitution payments. In fact, during this time frame, he has made an actual total of $300 in payments.