IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 04-mj-01249-BNB

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

JULIUS MUHAMMAD,

       Defendant.

---

ORDER REINSTATING PROBATION AND
MODIFYING THE CONDITIONS OF PROBATION

---

THIS MATTER is before the Court on report of the probation officer following a probation violation hearing. The defendant admits to violations 2 and 4 set forth in the Probation Violation Report, and the Court finds the defendant has violated the terms and conditions of probation. Accordingly, it is

ORDERED that the defendant is continued on probation supervision, and the terms and conditions of supervision be modified as follows:

The defendant shall reside in a Community Corrections Center for a period of up to 120 days, to commence as directed by the probation officer, and shall observe the rules of that facility.

The defendant shall participate in a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release to the treatment agency all psychological reports and/or the presentence report for continuity of treatment. It is

FURTHER ORDERED that all previously imposed conditions shall remain in full force and effect.

DATED at Denver, Colorado, this 8th day of February, 2006.

BY THE COURT:

_____
BOYD N. BOLAND
U.S. MAGISTRATE JUDGE