IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  04-MJ-01249-BNB

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

JULIUS MUHAMMAD,

        Defendant,

   and

PREFERRED CHRYSLER DODGE JEEP,

        Garnishee.
_____

### APPLICATION FOR WRIT OF CONTINUING GARNISHMENT
_____

Plaintiff, United States of America, applies in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Continuing Garnishment upon the judgment entered against Defendant Julius Muhammad, SSN ***-**-8191, whose last known address is 2928 Baker Street, Muskegon, MI 49444-2148 in the above cited action in the amount of $74,461.00.  A balance of $69,206.00 remains outstanding.

Demand for payment of the above-stated debt was made upon the Defendant not less than 30 days from the date of this Application and Defendant has failed to satisfy the debt.

The Garnishee is believed to owe or will owe money or property to the judgment Defendant, or is in possession of property of the Defendant, and said property is a nonexempt interest of the Defendant.

The name and address of the Garnishee or his authorized agent is:

Preferred Chrysler Dodge Jeep
Attn: Payroll Clerk
3146 Henry St
Muskegon, MI 49441

Dated this 17th day of March 2016.

                                  Respectfully submitted,

                                  JOHN F. WALSH
                                  United States Attorney

By:    s/ Elizabeth M. Froehlke
        ELIZABETH M. FROEHLKE
        Assistant U.S. Attorney
        1225 Seventeenth Street, Suite 700
        Denver, CO 80202
        303-454-0126
        Fax: 303-454-0404
        Elizabeth.Froehlke@usdoj.gov

        Attorneys for Plaintiff
        United States of America