**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 1 2 2016

JEFFREY P. COLWELL
                CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 04-MJ-01249-NYW

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JULIUS MUHAMMAD,

        Defendant,

and

PREFERRED CHRYSLER DODGE JEEP,

        Garnishee.

---

## ANSWER OF THE GARNISHEE

---

_____ , BEING DULY SWORN DEPOSES AND SAYS:
      (Affiant)

**IF GARNISHEE IS AN INDIVIDUAL:** Garnishee herein is doing business in the name of _____ .
      (State full name and address of business)

**IF GARNISHEE IS A PARTNERSHIP:** The names of the partners in the partnership are _____ .

The official title of the person completing this Answer is _____ .

**IF GARNISHEE IS A CORPORATION:** The corporation is organized under the laws of the State of _Michigan_ . The official title of the person completing this Answer is _Payroll Clerk_ .

**IF GARNISHEE IS A STATE OR LOCAL GOVERNMENT ENTITY:** The official title of the person completing this Answer is _____

The Garnishee is an _____
(Agency, Department, etc.)

of _____.
(Name of Government Entity)

On _____, 20___, Garnishee was served with the Writ of Continuing Garnishment for the pay period in effect on the date of service shown above.

Further, Affiant-Garnishee states as follows:   Terminated 1/23/2016

1. Defendant was/is in my/our employ.  ☐ Yes   ☒ No

2. Pay period is ☐ weekly; ☐ bi-weekly; ☐ semi-monthly; ☐ monthly. Enter date the present pay period began _____. (Present means the pay period in which this Writ of Garnishment was served.) Enter date the above pay period ends _____.

3. Enter amount of net wages. Calculate below:

(a) Gross pay                              $_____

(b) Federal Income Tax                     $_____

(c) F.I.C.A. Income Tax                    $_____

(d) State Income Tax                       $_____

(e) State Statutory Withholding            $_____

Total of tax withholdings                  $_____

Net Wages (a) less total of (b), (c), (d) and (e)  $_____

4. Are there any current garnishments in effect? _____

(If the answer is yes, describe below):

| | Description | Amount/Percentage | Balance |
|---|---|---|---|
| 1. | _____ | _____ | _____ |
| 2. | _____ | _____ | _____ |
| 3. | _____ | _____ | _____ |

     5. The Garnishee has custody, control or possession of the following property (non-earnings) in which the Defendant maintains an interest, as described below:

| Description of Property | Approximate Value | Description of Defendant's Interest in Property |
|---|---|---|
| 1. _____ | _____ | _____ |
| 2. _____ | _____ | _____ |
| 3. _____ | _____ | _____ |
| 4. _____ | _____ | _____ |

     6. Garnishee anticipates owing to the judgment-debtor in the future, the following amounts:

| Amount | Estimate date or Period Due |
|---|---|
| 1. $_____ | _____ |
| 2. $_____ | _____ |
| 3. $_____ | _____ |
| 4. $_____ | _____ |

(Check the applicable line below if you deny that you hold property subject to this order of garnishment.)

☐       7. The Garnishee makes the following claim of exemption on the part of Defendant:

☐       8. Or has the following objections, defenses, or set-offs to Plaintiff's right to apply Garnishee's indebtedness to Defendant upon Plaintiff's claim:

☒       9. The Garnishee was then in no manner and upon no account indebted or under liability to the Defendant, and that the Garnishee did not have in his/her possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.

The Garnishee mailed a copy of this Answer by first-class mail to: (1) the Defendant at: 2928 Baker Street, Muskegon, MI 49444-2148 and (2) the attorney for the plaintiff, United States Attorney's Office, ATTN: Financial Litigation Unit, 1225 17th Street, Suite 700, Denver, CO 80202.

*Nancy Hamann*

_Nancy Heen — Payroll Clerk_
Signature of Garnishee & Telephone #

_Preferred Chrysler Dodge Jeep_
_3146 Henry St_
Address of Garnishee
_Muskegon, MI 49441_

_4/5/16_

Subscribed and sworn to before me this

_____ day of _____ 20_____.

_____
Notary Public
(Seal)

                My Commission expires: _____

# EMPLOYEE SEPARATION FORM

COMPANY NAME: _Preferred CDJ_   DATE (of hire): _3/9/2015_

NAME: _Julius Muhammad_   DATE (of separation): _1/23/16_

S.S.# _522 15 8191_   Last Payroll Ending Date: _____   Hours Worked _____

Last (physical) Day Worked: _1/23/16_   Employee Indebted to Company $ _____

Job Title: _Sales_

Employee has Company Property:
Keys_____ Uniform_____ Other_____
Explain_____

## TYPE OF SEPARATION

1. ____ LAYOFF / LACK OF WORK (if temporary, length of lay off _____)

2. ____ QUIT
   Moving_____ Work closer to home_____ Maternity_____ Stay home w/ Newborn_____
   Travel is too far_____ Other employment_____ - Name of Company_____
   Voluntary Retirement_____ Job Abandonment_____ Other_____

   Other – (Explain in detail) _____

3. _X_ DISCHARGE
   Intoxication_____ No Call / No Show_____ Tardiness _X_ Fighting_____
   Violation of Company rule_____ Refused to follow instructions (Insubordination)_____
   Unauthorized use or removal of company property_____ Falsified Company Records_____
   Other_____

   Other – (Explain in detail) _This was at least the 3rd written warning about being late. Julius was late again on 1/23/16 and was warned if happened again would be terminated_

SUPERVISOR'S STATEMENT: _____

_____ Supervisor (signature)

_____ Witness (must have signature)

_Julius Muhammad_ Employee (signature)

_1/23/16_ Date signed

(      ) employee refused to sign

revised 05-22-09